798 A.2d 1248

IN THE MATTER OF JAMES H. WOLFE,
III, AN ATTORNEY AT LAW.

June 6, 2002.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 01–213, concluding that **JAMES H. WOLFE, III,** of **ORANGE,** who was admitted to the bar of this State in 1979, should be reprimanded for violating *RPC* 8.1(b) (failure to cooperate with ethics authorities);

And the Court having determined from its review of the record that an admonition is the appropriate level of discipline for respondent under the circumstances presented;

And good cause appearing;

It is ORDERED that the **JAMES H. WOLFE, III,** is hereby admonished; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.